UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
REUTERS AMERICA LLC,                         :    10 Civ. 2208 (SHS)
                                             :
                                             :    ORDER
                  Plaintiff,                 :
                                             :
            -against-                        :
                                             :
NEWSPAPER GUILD OF NEW YORK,                 :
LOCAL 3                                      :
                                             :
                  Defendant.                 :
------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/10

SIDNEY H. STEIN, U.S.D.J.

    Reuters America LLC was directed by an Order of this Court dated March 29, 2010, to show cause why this action should not be dismissed for the reasons set forth in this Court's Opinion and Order dated March 9, 2010 in *Reuters Am. LLC v. Newspaper Guild of N.Y., Local 3*, No. 10 Civ. 0273, 10 Civ. 0639, 2010 U.S. Dist. LEXIS 21758 (S.D.N.Y. Mar. 9, 2010) ("*Reuters I*"). Having received Reuters' submission and the Newspaper Guild's response, the Court finds that Reuters has not set forth any facts that would warrant an outcome that is different from the one reached in *Reuters I*. Accordingly, this Court affirms its Order dated April 9, 2010 that Reuters' petition to stay the arbitration in this case should be dismissed for the reasons set forth in *Reuters I*.

Dated: New York, New York
       April 29, 2010

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

1